UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **SILVIA BOYD** | : | **DOCKET NO. 1:22-cv-05467** |
| **VERSUS** | : | **JUDGE DONALD E WALTER** |
| **STATE FARM FIRE & CASUALTY CO, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc.36], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that Silvia Boyd's voluntary motion to dismiss without prejudice [doc. 35] is **GRANTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 6th day of December, 2023.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE